EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Certiorari |
| | 2014 TSPR 144 |
| Hilton José García Aguirre | 192 DPR ____ |

Número del Caso: TS-8058


Fecha: 12 de diciembre de 2014


Abogado de la Parte Peticionaria:

        Lcdo. Nelson Colón Román

        Lcda. Carmen I. Navas
        Procuradora del Abogado


Oficina de Inspección de Notarías:

        Lcdo. Manuel Ávila De Jesús


Materia: Reinstalación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:


Hilton José García Aguirre                    TS-8058


*RESOLUCIÓN*

En San Juan, Puerto Rico, a 12 de diciembre de 2014.

Examinado el expediente del Sr. Hilton José García Aguirre, así como las mociones presentadas por el abogado y por la Oficina de Inspección de Notarías, se readmite al señor García Aguirre al ejercicio de la abogacía y se le concede un término de 60 días para subsanar todas las deficiencias que subsisten en su obra protocolar.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Estrella Martínez desea hacer constar la siguiente expresión, a la que se unen el Juez Asociado señor Martínez Torres, el Juez Asociado señor Kolthoff Caraballo y el Juez Asociado señor Feliberti Cintrón: "El Juez Asociado señor Estrella Martínez proveería no ha lugar, por no haber subsanado al día de hoy todas las deficiencias que subsisten en su obra protocolar".


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo